JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>       Plaintiff,<br><br>   v.<br><br>WESTERN & VENICE SC, LLC, a California Limited Liability Company, and Does 1-10,<br><br>       Defendants. | Case No.: 2:21-cv-00581-PA-PLA<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 21, 2021<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant Western & Venice SC LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 30, 2021

Percy Anderson
United States District Judge